FILED'05 DEC 19 11:46USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| RICKEY N. BOLES,<br><br>        Plaintiff,<br><br>   v.<br><br>JEAN HILL, et al.,<br><br>        Defendants. | Civil No. 04-1529-CO<br><br>ORDER |

    Magistrate Judge John P. Cooney filed Findings and Recommendation on November 7, 2005, in the above entitled case. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). When either party objects to any portion of a magistrate judge's Findings and Recommendation, the district court must make a de novo determination of that portion of the magistrate judge's report. See 28 U.S.C. § 636(b)(1); McDonnell Douglas Corp. v. Commodore Business Machines, Inc.,

1   - ORDER

656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982).

Plaintiff has timely filed objections. I have, therefore, given de novo review of Magistrate Judge Cooney's rulings.

I find no error. Accordingly, I ADOPT Magistrate Judge Cooney's Findings and Recommendation filed November 7, 2005, in its entirety. Plaintiff's motion for judgment on the pleadings (#23) is denied.

IT IS SO ORDERED.

DATED this 16th day of Dec., 2005.

Michael R. Hogan
UNITED STATES DISTRICT JUDGE