FILED '07 JUN 07 1547 USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

RICKEY N. BOLES,                        )
                                        )
                Plaintiff,              )
                                        )   Civil No. 04-1529-CO
        v.                              )
                                        )   ORDER
JEAN HILL, et al.,                      )
                                        )
                Defendants.             )
_____    )

        Magistrate  Judge  John  P.  Cooney  filed  Findings  and
Recommendation on February 27, 2007, in the above entitled case.
The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B)
and Fed. R. Civ. P. 72(b).  When either party objects to any
portion of a magistrate judge's Findings and Recommendation, the
district court must make a <u>de novo</u> determination of that portion
of the magistrate judge's report.  <u>See</u> 28 U.S.C. § 636(b)(1);
<u>McDonnell Douglas Corp. v. Commodore Business Machines, Inc.</u>,
656 F.2d 1309, 1313 (9th Cir. 1981), <u>cert</u>. <u>denied</u>, 455 U.S. 920
(1982).

1     - ORDER

Plaintiff has timely filed objections. I have, therefore, given de novo review of Magistrate Judge Cooney's rulings.

I find no error. Accordingly, I ADOPT Magistrate Judge Cooney's Findings and Recommendation filed February 27, 2007, in its entirety. Defendants' motion for summary judgment as to plaintiff's claim one is allowed. Plaintiff's motion for an order compelling discovery is denied as moot. Defendants' unenumerated 12B motion to dismiss claim three(#46) is allowed.

IT IS SO ORDERED.

DATED this _____7⁷ᵗʰ_____ day of ____June____, 2007.

_____
UNITED STATES DISTRICT JUDGE

2   - ORDER